| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAY HEAD, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:12-CV-537
§
JOHN D. KIMBROUGH, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Jay Head, an inmate confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed as frivolous and for failing to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes Plaintiff's objections are without merit. In addition to the reasons for dismissal set forth in report and recommendation of the magistrate judge, plaintiff's claims are barred by the applicable statute of limitations. Plaintiff complains about circumstances surrounding his criminal trial and resulting conviction. The conviction about

which Plaintiff complains, however, occurred during 2007.[1] Therefore, Plaintiff's claims are barred by the applicable two year limitations period. *See Price v. City of San Antonio*, 431 F.3d 890, 892 (5th Cir. 2005) (noting that the limitations period for a § 1983 claim is the same as for personal injury actions in the forum state, which in Texas is two years).

## O R D E R

Accordingly, Plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 28th day of August, 2013.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1] A review of the Offender Information Detail page on the Texas Department of Criminal Justice website reveals Plaintiff's most recent sentence was imposed on October 24, 2007. *See* http://offender.tdcj.state.tx.us/POSdb2/offenderDetail.action?sid=03638628.